IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| ROBYN L. UNDERWOOD, | ) CASE NO. 19-19215 |
| | ) JUDGE BARNES |
| DEBTOR(S) | ) |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
See attached service list.

**The following party(s) have been served via regular US mail:**
See attached service list.

I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other place posted), and present the Motion to Substitute Attorney, at which time and place you may appear:

JUDGE:   BARNES
ROOM:    744
DATE:    October 24, 2019
TIME:    9:30 AM

/s/     David M. Siegel
David M. Siegel, A.R.D.C. #6207611

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on September 24, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611

David M. Siegel, ARDC #6207611
DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for Debtor
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**

Ms. Robyn Underwood
11655 S. Lowe, #2F
Chicago, IL 60643

Americollect Inc.
P.O. Box 2080
Manitowoc, WI 54221-2080

Capital One Bank
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130-0285

City of Chicago
Dept. of Utilities
P.O. Box 6330
Chicago, IL 60680-6330

Credit Acceptance Corp.
25505 West 12 Mile Rd.
Southfield, MI 48034-8316

Credit Management Cont.
P.O. Box 1654
Green Bay, WI 54305-1654

GEMB/Old Navy
P.O. Box 103104
Roswell, GA 30076-9104

General Revenue Corp.
11501 Northlake Drive
Cincinnati, OH 45249

Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201

IRS
P.O. Box 7346
Philadelphia, PA 19101

Jefferson Capital/Premier Bankcard
P.O. Box 7999
St. Cloud, MN 56302-7999

MEA-Munster LLC
P.O. Box 5956
Carol Stream, IL 60197

Moraine Valley Comm. College
9000 W. College Parkway
Palos Hills, IL 60465

Northwest Credit
245 Main St.
Dickson City, PA 18519

OAC
P.O. Box 371100
Milwaukee, WI 53237

Omni Credit Services
Attn: Bankruptcy
P.O. Box 310424
Roseville, MN 55113

Opportunity Financial
130 E. Randolph St., Ste. 3400
Chicago, IL 60601

OSI collection Services
507 Prudential Rd.
Horsham, PA 19044

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541

Prof Pl Service
Attn: Crissy
P.O. Box 612
Milwaukee, WI 53201

Security Finance
SFC Centralized Bankruptcy
P.O. Box 1893
Spartanburg, SC 29304-1893

Sprint Nextel
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207

T Mobile/Verizon
American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

US Dept. of Education
P.O. Box 7860
Madison, WI 53707

US Dept. of Education
2401 International
Madison, WI 53704

WI Electric/Energies
Attn: Jill Costello
P.O. Box 2046/Rm. A130
Milwaukee, WI 53201

Bizar and Doyle, LLC
(Craig Bizar and Joseph Doyle)
123 W. Madison, #205
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| ROBYN L. UNDERWOOD, | ) CASE NO. 19-19215 |
| | ) JUDGE BARNES |
| DEBTOR(S) | ) |

## MOTION TO SUBSTITUTE ATTORNEY

NOW COMES the Debtor, ROBYN L. UNDERWOOD, by and through her attorney, David M. Siegel and Associates, LLC, and in support of their Motion, states as follows:

1. That Robyn L. Underwood is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on July 9, 2019 with Marilyn O. Marshall appointed as Trustee. The plan is not yet confirmed.

3. That Debtor's attorneys at the time of filing were Craig Bizar and Joseph Doyle of Bizar and Doyle, LLC.

4. That Debtor has terminated the services of Craig Bizar and Joseph Doyle of Bizar and Doyle, LLC on or about September 18, 2019.

5. That the Debtors wish to be represented by David M. Siegel of David M. Siegel and Associates, LLC for the remainder of their case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to Substitute Attorney David M. Siegel of David M. Siegel and Associates, LLC for their prior counsel, Craig Bizar and Joseph Doyle of Bizar and Doyle, LLC.

Respectfully Submitted,
/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL AND ASSOCIATES, LLC
David M. Siegel, ARDC #6207611
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100